UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HONORABLE JANIS L. SAMMARTINO**)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case:  21cr0375-JLS |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | JOINT MOTION TO |
| v. | ) | CONTINUE |
| | ) | |
| **BRITTANY CAROL GAMA,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

JOINT MOTION having been made by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting date in the above-entitled case, be continued from Friday, March 26, 2021 at 1:30 p.m. to Friday, April 30, 2021, at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by April 9, 2021.

For the reasons set forth in the joint motion, time shall be excluded from March 26, 2021, to April 30, 2021, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (h)(7)(A).

**IT IS SO ORDERED.**

Dated:  March 24, 2021

Hon. Janis L. Sammartino
United States District Judge